## Anton L. Westrich, Plaintiff-Appellee, v. Margaret V. Westrich, Defendant-Appellant.

Term No. 52–O–20.

Wiseman & Chapman for appellant; O'Neill & O'Neill, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

## Jimmie L. Hall and Ruth I. Hall, Plaintiffs-Appellees, v. Sisto Bertacchi, Defendant-Appellant.

Term No. 52–O–7.